UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Glenda Smith,
    Plaintiff

v.                                            Case No.   1:12-cv-645

Acting Commissioner of
Social Security,
    Defendant

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed July 8, 2013 (Doc. 16).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. The decision of the Commissioner to deny plaintiff Supplemental Security Income benefits after January 14, 2010 is **REVERSED**. This matter is **REMANDED** under sentence four of 42 U.S.C. §405(g) for specific findings on the issues of whether plaintiff's impairments medically improved after January 14, 2010, and whether she remained functionally disabled after that date due to her depression.

Date: July 19, 2011                                      s/Sandra S. Beckwith
                                                                     Sandra S. Beckwith, Senior Judge
                                                                     United States District Court